IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )           8:07CR44
                               )
          v.                   )
                               )
ROBERTO JIMENEZ-JIMENEZ,       )           ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 34). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED the trial in this matter is continued to:

**Monday, May 21, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel need additional time to prepare for trial. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 30, 2007, and May 21, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 30th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court